**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   DORTHY JONES   §
§   Case No.: 06-06422
§
§
§
§
Debtor(s)   §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 06/02/2006.

2)   This case was confirmed on 07/24/2006.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/06/2006.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)   The case was completed on 06/28/2011.

6)   Number of months from filing to the last payment: 61

7)   Number of months case was pending: 77

8)   Total value of assets abandoned by court order: NA

9)   Total value of assets exempted: $   6,600.00

10)   Amount of unsecured claims discharged without payment $   55,681.89

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 16,384.37 |
| Less amount refunded to debtor | $ 5,019.68 |
| **NET RECEIPTS** | $ 11,364.69 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,235.25 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 844.43 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,079.68 |
| Attorney fees paid and disclosed by debtor | $ 224.75 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SOUTHERN AUTO FINANC | SECURED | 8,350.00 | 10,100.27 | .00 | .00 | .00 |
| SOUTHERN AUTO FINANC | UNSECURED | 9,611.60 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,712.00 | 5,823.51 | 5,823.51 | 5,823.51 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 962.00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 416.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 870.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 950.00 | 1,050.00 | 1,050.00 | 105.00 | .00 |
| CLERK OF THE CIRCUIT | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| COLLECTION PROFESSIO | UNSECURED | 1,605.86 | NA | NA | .00 | .00 |
| CRED PROTECTION ASSO | UNSECURED | 84.00 | NA | NA | .00 | .00 |
| DUSTINE COMERON | UNSECURED | 98.00 | NA | NA | .00 | .00 |
| FIRST PREIMER BANK | UNSECURED | 409.00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 588.00 | 588.16 | 588.16 | 58.82 | .00 |
| NORTH RIVERSIDE POLL | UNSECURED | 50.00 | 50.00 | 50.00 | 5.00 | .00 |
| HSBC/CARSONS | UNSECURED | 208.00 | NA | NA | .00 | .00 |
| LOYOLA | UNSECURED | 258.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 1,858.00 | 8,173.57 | 8,173.57 | 817.36 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 1,142.00 | NA | NA | .00 | .00 |
| IRENE M OUSKA MD | UNSECURED | 72.85 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 371.66 | NA | NA | .00 | .00 |
| RUSH PEDIAT | UNSECURED | 95.00 | NA | NA | .00 | .00 |
| MEDICAL CENTER OF LA | UNSECURED | 69.57 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| RUSH OAK PARK HOSPIT | UNSECURED | 144.05 | NA | NA | .00 | .00 |
| METHODIST EMEGENCY R | UNSECURED | 165.00 | NA | NA | .00 | .00 |
| MRI RIVER NORTH | UNSECURED | 30.71 | 30.71 | 30.71 | 3.07 | .00 |
| MCSI/RMI | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONWIDE ACCEPTANC | UNSECURED | 269.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 314.38 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 553.00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 231.00 | NA | NA | .00 | .00 |
| ZAGER DDS | UNSECURED | 239.00 | NA | NA | .00 | .00 |
| S SALIK MARKS | UNSECURED | 106.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | 87.97 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 357.54 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 259.53 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 38.40 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 111.73 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 14.64 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 38.40 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 87.97 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 514.00 | NA | NA | .00 | .00 |
| SBC | UNSECURED | 479.19 | NA | NA | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | 635.00 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 275.00 | NA | NA | .00 | .00 |
| RADIOLOGY CONSULTANT | UNSECURED | 2.25 | NA | NA | .00 | .00 |
| REVENUE PRODUCTION M | UNSECURED | 293.13 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 3,462.50 | 3,462.50 | 3,462.50 | 346.25 | .00 |
| RUSH OAK PARK HOSPIT | UNSECURED | 53.25 | NA | NA | .00 | .00 |
| RUSH OAK PARK HOSPIT | UNSECURED | 18.90 | NA | NA | .00 | .00 |
| RUSH OAK PARK HOSPIT | UNSECURED | 159.71 | NA | NA | .00 | .00 |
| RUSH OAK PARK HOSPIT | UNSECURED | 355.00 | NA | NA | .00 | .00 |
| RUSH OAK PARK HOSPIT | UNSECURED | 144.05 | NA | NA | .00 | .00 |
| RUSH OAK PARK HOSPIT | UNSECURED | 59.33 | NA | NA | .00 | .00 |
| RUSH OAK PARK HOSPIT | UNSECURED | 963.90 | NA | NA | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | .00 | NA | NA | .00 | .00 |
| STATEWIDE RECOVERY S | UNSECURED | 25.27 | NA | NA | .00 | .00 |
| TELECHECK | UNSECURED | 51.32 | NA | NA | .00 | .00 |
| OAK PARK PUBLIC LIBR | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| UNITED COLLECTION BU | UNSECURED | 136.00 | 135.60 | 135.60 | 13.56 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 2,829.00 | NA | NA | .00 | .00 |
| VAN METET AND ASSOCI | UNSECURED | 196.00 | NA | NA | .00 | .00 |
| VILLAGE OF BROADVIEW | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| VILLAGE OF OAK PARK | UNSECURED | 2,929.00 | NA | NA | .00 | .00 |
| GALWAY FINANCIAL SVC | UNSECURED | 733.86 | 733.86 | 733.86 | 73.39 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | NA | 85.04 | 85.04 | 8.50 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HONEY CREEK | UNSECURED | NA | 305.52 | 305.52 | 30.55 | .00 |
| OAK PARK HOSPITAL | UNSECURED | 964.00 | NA | NA | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | NA | .00 | 12,306.98 | .00 | .00 |
| SOUTHERN AUTO FINANC | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 5,823.51 | 5,823.51 | .00 |
| **TOTAL PRIORITY:** | 5,823.51 | 5,823.51 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 26,921.94 | 1,461.50 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,079.68 |
| Disbursements to Creditors | $ | 7,285.01 |
| **TOTAL DISBURSEMENTS:** | $ | 11,364.69 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   11/07/2012                              /s/ Tom  Vaughn
                                                 Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**